Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

G.D. Searle LLC _____ v. Lupin Pharmaceuticals, Inc. _____

No. 14-1476

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    APOTEX, INC. and APOTEX CORP.
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant   ☑ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Richard T. Ruzich |
| Law firm: | Taft Stettinius & Hollister LLP |
| Address: | 111 E. Wacker Drive, Suite 2800 |
| City, State and ZIP: | Chicago, Illinois, 60601-3713 |
| Telephone: | 312.527.4000 |
| Fax #: | 312.275.7669 |
| E-mail address: | rruzich@taftlaw.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

May 28, 2014                              /s/ Richard T. Ruzich
Date                                      Signature of pro se or counsel

cc: Counsel of Record

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  May 30, 2014  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| Richard H. Ottinger | /s/ Richard H. Ottinger |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Vandeventer Black LLP

Address: 101 W. Main Street, Suite 500

City, State, ZIP: Norfolk, Virginia 23510

Telephone Number: 757-446-8600

FAX Number: 757-446-8670

E-mail Address: rottinger@vanblk.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.